1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4

5   TAREK J. HELOU  (CABN 218225)
    Assistant United States Attorney

6       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102

7       Telephone:  (415) 436-7200
        Fax: (415) 436-7234

8       E-Mail: Tarek.J.Helou@usdoj.gov

9   Attorneys for Plaintiff

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,          )    No. CR 09-1101 JSW
                                        )
14          Plaintiff,                  )
                                        )
15      v.                              )    [PROPOSED] ORDER EXCLUDING
                                        )    TIME FROM JANUARY 28, 2010
16   MARK LEONARD GARCIA,               )    THROUGH MARCH 25, 2010 FROM
                                        )    SPEEDY TRIAL ACT COMPUTATION
17          Defendant.                  )    BASED ON COMPLEX FACTUAL
                                        )    ISSUES AND EFFECTIVE
18   _____)    PREPARATION OF DEFENSE COUNSEL

19

20

21

22

23

24

25

26

27

28

PROP. ORDER EXCL. TIME
CASE NO. CR 09-1101 JSW

1    The defendant and the government appeared before the Court on January 28, 2010 for a

2    status conference.  The defendant was represented by counsel.  The parties represented that the

3    government had produced approximately 50,000 pages of evidence, including investigative

4    reports, financial records, and documents obtained through search warrants.  The government

5    represented that it was in the process of producing additional evidence.  The government also

6    represented that it may file a superseding indictment in the case *United States v. Scott Feil, et al.*,

7    Case No. CR 09-863, add the defendant in the above-captioned case to *United States v. Feil*, and

8    dismiss the charges in the above-captioned case.

9    The defendant requested that the Court declare the case factually complex, based on the

10   nature of the prosecution, specifically the amount of discovery produced and the additional

11   discovery to be produced.  The United States did not object to a finding of complexity.  The

12   defendant requested that the Court exclude time on those grounds, and also based on effective

13   preparation of counsel.

14   The Court, having considered the issue, relying upon the representations of counsel, and

15   for good cause shown, finds that the nature of the case renders it so factually complex due to the

16   large number of documents, including financial records, that it is unreasonable to expect

17   adequate preparation for pretrial proceedings and for trial itself within the otherwise applicable

18   time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(7)(A) &

19   (B)(ii), (iv).  The Court further finds that the ends of justice served by excluding the time from

20   January 28, 2010 through and including March 25, 2010 from computation under the Speedy

21   Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore,

22   IT IS HEREBY ORDERED that the time from January 28, 2010 through and including March

23   25, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §

24   3161(h)(7)(A) and (B)(ii), (iv).

25

26

27   DATED: January 29, 2010

28   THE HONORABLE JEFFREY S. WHITE
     United States District Judge

[PROP.] ORDER EXCL. TIME
CASE NO. CR 09-1101 JSW                    -2-